UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62526-KMM

RENAE OUTAR,
    Plaintiff,

v.

SENIOR NANNIES MANAGEMENT
SERVICES, LLC, *et al.*,
    Defendants.
_____/

Case No. 0:19-cv-62525-FAM

TARA L. COOK,
    Plaintiff,

v.

SENIOR NANNIES MANAGEMENT
SERVICES, LLC, *et al.*,
    Defendants.
_____/

## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to **Case No. 0:19-cv-62526-KMM** being of the same subject matter and related parties as **Case No. 0:19-cv-62525-FAM** and subject to the consent of the Honorable Federico A. Moreno, it is

ADJUDGED that the above-numbered action is transferred to the calendar of the Honorable Judge Moreno for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of November, 2019.

                                                 K. MICHAEL MOORE
                                                 UNITED STATES CHIEF DISTRICT JUDGE

After reviewing the court file in the above-numbered actions, the undersigned hereby accepts the transfer of said case. Therefore, it is

ADJUDGED that all pleadings hereinafter filed shall bear **Case No. 0:19-cv-62526-FAM** thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 27th day of November, 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

c:  All Counsel of Record
    Clerk of Court